IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No.:    1:07cv01939 |
| ) | Judge:    Reggie B. Walton |
| DISTRICT OF COLUMBIA, ) | Description: Employ. Discrim. |
| ) | |
| and ) | |
| ) | |
| CHIEF OF FIRE AND EMERGENCY ) | |
| MEDICAL SERVICES - DENNIS L. RUBIN ) | |
| ) | |
|    Defendants. ) | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and Complaint were served on 12/11/07 via Certified Mail to <u>Dennis L. Rubin, Chief of Fire and EMS</u> District of Columbia Fire & EMS Department, 1932 Vermont Avenue N. W., Washington, D. C. 20001, as evidenced by Exhibit "A". I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:    /s/ *Donna Williams Rucker*
       Donna Williams Rucker, Esquire, #446713
       DUBOFF & ASSOCIATES, CHARTERED
       8401 Colesville Road, Suite 501
       Silver Spring, Maryland 20910
       (301) 495-3131    Office
       (301) 587-1872    Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.:  1:07cv01939 |
| | ) Judge:  Reggie B. Walton |
| DISTRICT OF COLUMBIA, | ) Description: Employ. Discrim. |
| | ) |
| and | ) |
| | ) |
| CHIEF OF FIRE AND EMERGENCY | ) |
| MEDICAL SERVICES - DENNIS L. RUBIN | ) |
| | ) |
|     Defendants. | ) |

Exhibit "A"

[USPS PS Form 3811 Domestic Return Receipt]

- Article Addressed to: Dennis L. Rubin Chief of Fire and EMS, District of Columbia Fire & EMS Department, 1932 Vermont Avenue, N.W., Washington, D.C. 20001
- Article Number: 7007 0220 0002 5036 3164
- Service Type: Certified Mail
- Date of Delivery: 12/11/07

2