IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.:   1:07cv01939 |
| | ) Judge:   Reggie B. Walton |
| DISTRICT OF COLwUMBIA, | ) Description: Employ. Discrim. |
| | ) |
| and | ) |
| | ) |
| CHIEF OF FIRE AND EMERGENCY | ) |
| MEDICAL SERVICES - DENNIS L. RUBIN | ) |
| | ) |
|     Defendants. | ) |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and Complaint were served on 11/29/07 by private process to <u>District of Columbia, serve: Honorable Adrian Fenty, Mayor</u> c/o Tabitha Braxton, Staff Assistant, or Gladys Herring, Executive Assistant, 1350 Pennsylvania Avenue N.W., Washington, D.C. 20001, as evidenced by Exhibit "A". I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                                    Respectfully submitted,

                                By:    /s/ *Donna Williams Rucker*
                                             Donna Williams Rucker, Esquire, #446713
                                             DUBOFF & ASSOCIATES, CHARTERED
                                             8401 Colesville Road, Suite 501
                                             Silver Spring, Maryland 20910
                                             (301) 495-3131    Office
                                             (301) 587-1872    Facsimile

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-29-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Clark | Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1350 Penn Ave NW Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-29-07
                   Date

Signature of Server: Michael Clark

Address of Server: P.O. Box 68 Laurel MD 20703-0068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT A