IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07cv01939 |
| | ) Judge: Reggie B. Walton |
| DISTRICT OF COLUMBIA, | ) Description: Employ. Discrim. |
| | ) |
| and | ) |
| | ) |
| CHIEF OF FIRE AND EMERGENCY | ) |
| MEDICAL SERVICES - DENNIS L. RUBIN | ) |
| | ) |
|    Defendants. | ) |

**PROOF OF SERVICE**

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and Complaint were served on 11/29/07 by private process to <u>District of Columbia, serve: The Office of Office of the Attorney General c/o Darlene Fields, Secretary, or Tonia Robinson, Legal Assistant, or Gale Rivers, Secretary,</u> 441 4th Street N.W. 6th Floor South, Washington, D.C. 20001, as evidenced by Exhibit "A". I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                        Respectfully submitted,

                By:    /s/ *Donna Williams Rucker*
                         Donna Williams Rucker, Esquire, #446713
                         DuBoff & Associates, Chartered
                         8401 Colesville Road, Suite 501
                         Silver Spring, Maryland 20910
                         (301) 495-3131   Office
                         (301) 587-1872   Facsimile

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-29-07 |
| NAME OF SERVER (PRINT) Michael Clark | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 441 4th St. NW, Washington, D.C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: ~~441 4th St. NW~~

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-29-07           *Michael Clark*
                 Date              Signature of Server

                                   P.O. Box 68 Landham, MD 20703-0068
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT A