UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY,           )<br>                              )<br>    Plaintiff,                )<br>                              )     Civil Action No. 07-01939 (RBW)<br>    v.                        )<br>                              )<br>DISTRICT OF COLUMBIA and      )<br>CHIEF OF FIRE AND EMERGENCY   )<br>MEDICAL SERVICES, DENNIS L.   )<br>RUBIN,                        )<br>                              )<br>    Defendants                )<br>_____) | |

**DEFENDANTS RUBIN AND THE DISTRICT OF COLUMBIA'S MOTION TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Dennis Rubin, Chief of Fire and Emergency Medical Services, and the District of Columbia (hereafter "the District"), herein move the Court pursuant to Fed. R. Civ. P. 6(b) to enlarge the time for them to respond to plaintiff's complaint. In support of their motion, these defendants state the following:

1. Plaintiff has filed this action against these defendants under Title VII, and claims that he was discriminated against based on age. See Complaint, generally.

2. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion… (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…."

3. These defendants seek additional time to respond to plaintiff's lengthy complaint pursuant to Rule 6(b). Fed. R. Civ. P. 6(b) specifically confers upon the Court

the "discretion" relevant to enlargements and to late filings. *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990). *See also*, *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005), confirming the Court's discretion to order the requested relief. The *Smith* Court recognized that it has been quite deferential to Rule 6(b) decisions in the past, even affirming a deadline extension that was granted without a formal finding of excusable neglect when the court found no prejudice to the other party. *See Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

     4.     According to plaintiff's Affidavit, defendant District was served on or about November 29, 2007. However, the Certificate of Service does not reflect to whom service was actually made. See Docket Entry #3. To the extent service was proper, the District's answer to the Complaint would have been due on December 19, 2007. Defendant Rubin's answer to the Complaint is due on December 31, 2007. Because of personnel changes and the shortage of staff attorneys within the General Litigation Sections, Civil Litigation Division, Office of the Attorney General, due to attrition, undersigned counsel was unable to move more timely for relief. Undersigned counsel began employment with the Office of the Attorney General on November 13, 2007. On November 14, 2007, undersigned entered his appearance in the case *Shante Moore v. D.C.,* C.A. No. 05-2020 (PLF), on behalf of the District, for a trial that was scheduled on November 15, 2007. The trial was continued, and settled on or about November 14, 2007. On December 11, 2007, in the case of *Pearl Gaither v. D.C., et al.,* C.A. No. 03-1458 (CKK), undersigned counsel was ordered to amend the District's responses to Plaintiff's Request for Admissions within seven (7) days of the Court's Order. On

December 13, 2007, in *Marilyn Myrdal v. D.C., et al.,* C.A. No. 05-2351 (RL), undersigned was ordered to produce a 30(b)(6) witness for deposition on December 19, 2007. Because of the exigent circumstances in varying complex cases, undersigned counsel did not timely seek relief from this Court on behalf of defendant District.

5. The District's failure to act more timely was not based on bad faith, a factor which this Court must consider in making its determination regarding the herein requested relief.

6. Due to the holiday season, and the undersigned's heavy workload, these defendants request an enlargement of time until January 11, 2008, to file their answer to plaintiff's seventy-seven (77) paragraph Complaint. These defendants need more time to investigate the allegations made within the Complaint.

WHEREFORE, the defendants hereby move this Court to grant their motion to enlarge the time to respond to plaintiff's Complaint.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Litigation Division

    _____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
Office of the Attorney General
P.O. Box 14600
Washington, DC 20044-4600
202/724-6519; 202/727-6295
202/727-3625 (fax)

Local Rule 7(m) Certification

I do hereby certify that on December 20, 2007, undersigned counsel contact plaintiff's counsel to discuss the relief sought herein. Due to the lateness of the hour, undersigned counsel could not speak with plaintiff's counsel. Therefore, the motion should be treated as contested.

_____
C. VAUGHN ADAMS
Assistant Attorney General, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY,        )<br>                           )<br>        Plaintiff,         )<br>                           )<br>     v.                    )<br>                           )<br>DISTRICT OF COLUMBIA and   )<br>CHIEF OF FIRE AND EMERGENCY)<br>MEDICAL SERVICES, DENNIS L.)<br>RUBIN,                     )<br>                           )<br>        Defendants         )<br>_____) | Civil Action No. 07-01939 (RBW) |

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT

In support of their Motion, these defendants rely upon the following list of authorities:

1. Fed. R. Civ. P. 6(b)(1) and (2);

2. The Court's discretion and equitable powers.

3. *Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990).

4. *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005).

5. *Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

                                                                                        Respectfully submitted,

                                                                                        LINDA SINGER
                                                                                         Attorney General for the District of Columbia

                                                                                         GEORGE C. VALENTINE
                                                                                         Deputy Attorney General, D.C.
                                                                                         Civil Litigation Division

                                        _____  
                                        PATRICIA A. JONES [428132]  
                                        Chief, General Litigation Sec. IV

                                        _____  
                                        C. VAUGHN ADAMS [449770]  
                                        Assistant Attorney General  
                                        Office of the Attorney General  
                                        P.O. Box 14600  
                                        Washington, DC 20044-4600  
                                        (202) 724-6519; (202) 727-6295  
                                        (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY,        )<br>                                           )<br>         Plaintiff,                 )<br>                                           )<br>    v.                                  )<br>                                           )<br>DISTRICT OF COLUMBIA and )<br>CHIEF OF FIRE AND EMERGENCY )<br>MEDICAL SERVICES, DENNIS L. )<br>RUBIN,                                )<br>                                           )<br>         Defendants           )<br>_____) | Civil Action No. 07-01939 (RBW) |

ORDER

Upon consideration of defendants Dennis Rubin, and the District of Columbia's Motion to Enlarge the Time to Respond to Plaintiff's Complaint, plaintiff's opposition thereto, if any, it is this ___ day of _____, 2007, hereby,

ORDERED:  that the defendants' motion is hereby granted for the reasons set forth therein; and it is,

FURTHER ORDERED:  that the defendants shall file a response to plaintiff's Complaint on or before January 11, 2008.

_____
Judge