UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
HAROLD C. LINDSEY,                  )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 07-1939 (RBW)
                                    )
DISTRICT OF COLUMBIA                )
and DENNIS L. RUBIN,                )
Chief of Fire and                   )
Emergency Medical Services,         )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER TO SHOW CAUSE**

Harold C. Lindsey, the plaintiff in this civil suit, seeks compensatory and punitive damages along with injunctive and declaratory relief against the District of Columbia and Dennis L. Rubin, the Chief of Fire and Emergency Medical Services for the District of Columbia, for alleged age discrimination, negligence, and intentional infliction of emotional distress in connection with the removal of the plaintiff from his former position as a Sergeant in the Fire/Arson Investigation Unit of the District of Columbia's Fire and Emergency Medical Services Department.  Complaint ¶¶ 17, 37-77.  On January 10, 2008, Rubin filed a motion to dismiss the plaintiff's complaint against him pursuant to Federal Rule of Civil Procedure 12(b)(6).  Defendant Dennis L. Rubin's Motion to Dismiss at 1.  Pursuant to this Court's local rules, and taking into account the three additional days afforded by Federal Rule of Civil Procedure 6(d) for motions served by mail, the plaintiff's opposition to the defendants' motion

1

was due on or before January 24, 2008.  See Local Civ. R. 7(b) (providing that the Court may "treat as conceded" a motion to which no opposition is filed "[w]ithin 11 days of the date of service" of that motion).  That deadline has expired, yet no opposition has been filed.

It is therefore

**ORDERED** that on or before February 12, 2008, the plaintiff shall either (1) file his opposition to the Defendant Dennis L. Rubin's Motion to Dismiss or (2) show cause in writing why the Court should not treat the Defendant Dennis L. Rubin's Motion to Dismiss as conceded, dismiss the plaintiff's complaint with respect to that defendant, and direct the Clerk of the Court to set an initial scheduling conference in this case.

**SO ORDERED** this 29th day of January, 2008.

REGGIE B. WALTON
United States District Judge