IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| HAROLD LINDSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1939RBW |
| v. ) | |
| ) | |
| D.C. FIRE & EMS DEPT., *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW**, plaintiff, Harold Lindsay, by and through his undersigned counsel, in response to the Order to Show Cause and states as follows:

1. After Defendant District of Columbia filed a Motion to Dismiss Defendant Dennis Rubin from this Complaint, plaintiff's counsel called defendant's counsel and advised that she would have consented to the relief requested had he contacted her.

2. Plaintiff consent's to the dismissal of Defendant Dennis Rubin from this matter above and anticipated filing a Line after speaking with defendant's counsel.

WHEREFORE, plaintiff respectfully request this Honorable Court schedule the Initial Scheduling Conference in this matter, and grant such other and further relief as deemed just and proper.

Respectfully submitted,

/s/ Donna Williams Rucker_____
Donna Williams Rucker, #446713
DUBOFF AND ASSOCIATES, CHTD.
8401 Colesville Road, Ste. 501
Silver Spring, MD. 20910
(301) 495-3131

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Response to Order to Show Cause was served via the Court's ECF system, this 12th day of February 2008 to Assistant Attorney General, C. Vaughn Adams.

/s/ Donna Williams Rucker
Donna Williams Rucker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| HAROLD LINDSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1939RBW |
| v. ) | |
| ) | |
| D.C. FIRE & EMS DEPT., *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER WITHDRAWING ORDER TO SHOW CAUSE**

UPON CONSIDERATION of plaintiff's Response to Order to Show Cause, the information contained therein and the record herein, it is this, _____ day of _____, 2008,

**ORDERED,** that the Order to Show Cause is hereby WITHDRAWN, and the Initial Conference is scheduled for _____.

**SO ORDERED.**

_____
**Reggie B. Walton,**
United States District Court