**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

| | |
|---|---|
| **HAROLD LINDSAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1939 |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF THERESA M. REGNER**

I, Donna Williams Rucker, a member in good standing of the bar of this Court move this Honorable Court with the consent of the Defendant to admit Theresa M. Regner to appear *pro hac vice* in this case on behalf of Plaintiff Harold Lindsay. In support of this Motion, we certify that:

1. The proposed admittee is not a member of the District of Columbia bar and does not maintain any law office in the District of Columbia.

2. Theresa M. Regner is an attorney in the law firm of DuBoff & Associates, Chartered and has been a member in good standing of the Bar of the State of Maryland since 2003.

3. Ms. Regner has an attorney-client relationship with the Plaintiff and consequently, Ms. Regner is familiar with the factual and legal issues involved in this case.

4. If admitted to practice before this Court *pro hac vice*, Ms. Regner will abide by the rules of this Court, be subjected to the full disciplinary powers of this Court and be available for Court dates as required.

5. Donna Williams Rucker, also of DuBoff & Associates, Chartered, will serve as local counsel in this matter. Mrs. Rucker is licensed to practice in the District of Columbia and the District of Columbia Federal Court. Mrs. Rucker shall be responsible for all pleadings, briefs and

other papers filed with the Court and shall be responsible for the conduct of this action and of Ms. Regner should the Court grant this motion.

6.  Plaintiff respectfully requests that Theresa M. Regner be allowed to appear in this matter without the presence of Donna Williams Rucker to avoid excess costs.

7.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

8.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, The Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

## Certificate by Out-Of-State Attorney

9.  I, Theresa M. Regner, hereby certify that I have been specially admitted to the U.S. District Court of the District of Columbia zero (0) times in the past twelve (12) months. I further understand admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

10.  I further state that I appreciate the limitations on this special admission as provided by the Federal Rules of Civil Procedure and the Local Rules of this Court.

By: _____
Theresa M. Regner, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
tmrdubofflaw@hotmail.com
(301) 495-3131    Office
(301) 587-1872    Facsimile

WHEREFORE, Plaintiff with the consent of the Defendant respectfully requests this Honorable Court to enter an Order admitting Theresa M. Regner to appear P*ro Hac Vice* before this Court as counsel for Plaintiff in the above-captioned matter.

Respectfully Submitted,

By:  /s/ *Donna Williams Rucker*
Donna Williams Rucker, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

**CERTIFICATE REGARDING DISCOVERY**

I, hereby certify on May 14, 2008, a copy of the foregoing Consent Motion for Admission *Pro Hac Vice* was served via this court's electronic case filing system to counsel for defendant - C. Vaughn Adams, Esquire - Assistant Attorney General - 441 Fourth Street, N.W., 6th Floor North, Washington, D.C. 20001.

 /s/ *Donna Williams Rucker*
Donna Williams Rucker, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

| | |
|---|---|
| **HAROLD LINDSAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1939 |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION, of the foregoing Consent Motion for Admission *Pro Hac Vice* of Theresa M. Regner, Esquire, it is this _____ day of _____, 2008 hereby:

**ORDERED**, that the Consent Motion for Admission *Pro Hac Vice* of Theresa M. Regner be and hereby is **GRANTED**.

**SO ORDERED.**

_____
JUDGE
United States District Court for
the District of Columbia

Copies to:

Donna Williams Rucker, Esquire – via electronic service

Theresa M. Regner, Esquire – via electronic service

C. Vaughn Adams, Esquire – via electronic service