UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD C. LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1939 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**

In accordance with the Court's oral instructions at the initial scheduling conference held on May 16, 2008, it is

**ORDERED** that this case is assigned to the Court's Standard Track.  It is further

**ORDERED** that the parties shall make the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before June 2, 2008.  It is further

**ORDERED** that the parties shall join any additional parties on or before June 27, 2008.  It is further

**ORDERED** that the parties shall disclose any expert witnesses in support of their positions on or before September 12, 2008.  It is further

**ORDERED** that the parties shall disclose any rebuttal expert witnesses on or before October 10, 2008.  It is further

**ORDERED** that all discovery in this case (including expert discovery) shall close on November 12, 2008.  It is further

**ORDERED** that the parties shall appear before this Court for a status hearing on November 14, 2008, at 9:00 a.m. It is further

**ORDERED** that the parties shall file their dispositive motions, if any they wish to file, on or before December 9, 2008. It is further

**ORDERED** that the parties shall file their oppositions to any dispositive motions, if any they wish to file, on or before January 12, 2009. It is further

**ORDERED** that the parties shall file their reply memoranda in support of any dispositive motions, if any they wish to file, on or before January 26, 2008. It is further

**ORDERED** that the parties shall appear before this Court for a pre-trial conference on April 24, 2008, at 9:30 a.m.

**SO ORDERED** this 16th day of May, 2008.

                                                        REGGIE B. WALTON
                                                        United States District Judge