IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **HAROLD LINDSAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:07-cv-1939 |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

**COMES NOW**, the plaintiff, Harold Lindsay, by and through his undersigned counsel, and respectfully requests an extension of time to file his Opposition to Defendant's Motion for Judgment on the Pleadings ("Motion"), and in support therefor, states as follows:

1. Plaintiff's response to defendant's Motion for Judgment on the Pleadings is due on or before August 4, 2008.

2. Plaintiff requires additional time until August 19, 2008, to meet with counsel, review documents and prepare a response to the Motion.

3. Plaintiff has not made any requests for an extension of time to address this matter.

4. No parties will be prejudiced if this request for an extension of time is granted.

5. Prior to filing this motion, plaintiff's counsel tried to reach defendant's counsel to inquire about their position to the relief requested herein. As of the filing of this motion, plaintiff has not been able to reach defendant's counsel.

**WHEREFORE**, based upon the foregoing, plaintiff respectfully prays that this Honorable Court grant him until August 19, 2008, to file any response to defendant's Motion for Judgment on the Pleadings, and grant such other and further relief as deemed just and proper.

Respectfully submitted,

By:    /s/ *Donna Williams Rucker*
      Donna Williams Rucker, Esquire
      DUBOFF & ASSOCIATES, CHARTERED
      8401 Colesville Road, Suite 501
      Silver Spring, Maryland 20910
      (301) 495-3131   Office
      (301) 587-1872   Facsimile

## CERTIFICATE OF SERVICE

I, hereby certify that on August 4, 2008, a copy of the foregoing was served on defendant's counsel of record via the Court's electronic case filing system.

  /s/ *Donna Williams Rucker*
Donna Williams Rucker, Esquire

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| **HAROLD LINDSAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1939(RBW) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## PROPOSED ORDER

**UPON CONSIDERATION** of the foregoing Motion for Extension of Time to File Opposition to Defendant's Motion for Judgment on the Pleadings, the information contained therein, and the record herein, it is this _____ day of _____, 2008 hereby,

**ORDERED** that plaintiff shall file any opposition to Defendant's Motion for Judgment on the Pleadings on or before September 5, 2008.

**SO ORDERED,**

_____
**JUDGE REGGIE B. WALTON**
**United States District Court**

Copies to:

Donna Williams Rucker, Esquire – via electronic service

Theresa M. Regner, Esquire – via electronic service

C. Vaughn Adams, Esquire – via electronic service